UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**14 MISC 00082**

In re Application of

OPERACION Y SUPERVISION DE HOTELES,
S.A. de C.V.

For an Order to Conduct Discovery for Use in
Foreign Proceedings

Case No. M-_____

### ORDER

This matter is before the court upon application of Operacion y Supervision de Hoteles, S.A. de C.V. for an order to take discovery pursuant to 28 U.S.C. § 1782 and the Federal Rules of Civil Procedure, which is **GRANTED**.

It is **ORDERED** that Operacion y Supervision de Hoteles Sociedad Anonima de Capital Variable is authorized, under 28 U.S.C. § 1782(a) to seek discovery from Thomas Ruffing pursuant to the Federal Rules of Civil Procedure by issuing and serving the proposed subpoena ad testificandum (annexed to the Declaration of Nazy Modiri as Exhibit 2) on Thomas Ruffing.

**IT IS SO ORDERED**, this 25 day of March, 2014.

_____

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/14